**UNITED STATES BANKRUPTCY COURT1**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| In re: | § | Case No. 10-08761-FJO |
| | § | |
| Christopher James Mannon | § | |
| Jessica M Mannon | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Deborah J. Caruso, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $97,352.34 | Assets Exempt: | $8,318.74 |
| Total Distributions to Claimants: | $20,081.95 | Claims Discharged Without Payment: | $30,390.15 |
| Total Expenses of Administration: | $20,618.05 | | |

3)        Total gross receipts of $40,700.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $40,700.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $96,852.34 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $20,618.05 | $20,618.05 | $20,618.05 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $43,312.36 | $24,919.72 | $24,919.72 | $20,081.95 |
| **Total Disbursements** | $140,164.70 | $45,537.77 | $45,537.77 | $40,700.00 |

4). This case was originally filed under chapter 7 on 06/10/2010. The case was pending for 30 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2012                    By:    /s/ Deborah J. Caruso
                                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Lawsuit for Automobile Accident Attorney's for Debtors: Blackburn & Green (R.T. Green) Phone Number for Attorney: 260-422-4400 | 1142-000 | $40,700.00 |
| **TOTAL GROSS RECEIPTS** | | $40,700.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Home Loans | 4110-000 | $96,852.34 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $96,852.34 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah J. Caruso, Trustee | 2100-000 | NA | $4,820.00 | $4,820.00 | $4,820.00 |
| Deborah J. Caruso, Trustee | 2200-000 | NA | $64.55 | $64.55 | $64.55 |
| Bank of Texas | 2600-000 | NA | $106.98 | $106.98 | $106.98 |
| Clerk of the Bankruptcy Court | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| Special Counsel Fees, Special Counsel for Trustee | 3210-600 | NA | $13,566.66 | $13,566.66 | $13,566.66 |
| Special Counsel Expenses, Special Counsel for Trustee | 3220-610 | NA | $604.61 | $604.61 | $604.61 |
| Accountant Fees, Accountant for Trustee | 3410-000 | NA | $1,127.50 | $1,127.50 | $1,127.50 |
| Accountant Expenses, Accountant for Trustee | 3420-000 | NA | $67.75 | $67.75 | $67.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $20,618.05 | $20,618.05 | $20,618.05 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AmeriCredit Financial Services, Inc. | 7100-000 | NA | $7,272.48 | $7,272.48 | $6,027.09 |
| 2 | Chase Bank USA, N.A. | 7100-000 | $5,446.12 | $5,446.12 | $5,446.12 | $4,513.50 |
| 3 | Lafayette Otolarygology Association | 7100-000 | $6,000.00 | $6,691.41 | $6,691.41 | $5,545.54 |
| 4 | Capital Recovery III LLC | 7100-000 | $1,070.26 | $962.89 | $962.89 | $798.00 |
| 5 | HSBC Bank Nevada, N.A. | 7100-000 | $2,578.00 | $2,056.14 | $2,056.14 | $1,704.04 |
| 6 | Applied bank | 7100-000 | $1,240.00 | $785.60 | $785.60 | $651.07 |
| 7 | Fia Card Services, NA/Bank of America | 7100-000 | $851.31 | $1,016.84 | $1,016.84 | $842.71 |
| 8 | Discover Bank | 7200-000 | $574.29 | $688.24 | $688.24 | $0.00 |
| | AmeriCredit | 7100-000 | $7,277.48 | NA | NA | $0.00 |
| | AT&T | 7100-000 | $217.00 | NA | NA | $0.00 |
| | Cavalry Portfolio Services | 7100-000 | $566.07 | NA | NA | $0.00 |
| | Citi Cards | 7100-000 | $692.32 | NA | NA | $0.00 |
| | Clarian Arnett Clinic | 7100-000 | $103.08 | NA | NA | $0.00 |
| | Clarian Health Partners | 7100-000 | $1,779.00 | NA | NA | $0.00 |
| | Contract Callers | 7100-000 | $25.00 | NA | NA | $0.00 |
| | East Centreal Indiana Pathologists, | 7100-000 | $37.40 | NA | NA | $0.00 |
| | GE Money Bank / Care Credit | 7100-000 | $2,307.00 | NA | NA | $0.00 |
| | HSBC Card Services | 7100-000 | $755.00 | NA | NA | $0.00 |
| | LabCorp | 7100-000 | $121.00 | NA | NA | $0.00 |
| | Open MRI of Lafayette | 7100-000 | $291.13 | NA | NA | $0.00 |
| | Patrick R. O'Neil, | 7100-000 | $630.00 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| M.D. | | | | | |
| Professional Recovery, Inc | 7100-000 | $220.10 | NA | NA | $0.00 |
| Sagamore Surgical Services, Inc. | 7100-000 | $6,260.00 | NA | NA | $0.00 |
| St. Elizabeth Regional Health | 7100-000 | $25.80 | NA | NA | $0.00 |
| State Collection Service | 7100-000 | $1,525.00 | NA | NA | $0.00 |
| Winger Chiropractic PC | 7100-000 | $395.00 | NA | NA | $0.00 |
| Winger Chiropractic PC | 7100-000 | $1,825.00 | NA | NA | $0.00 |
| Zales | 7100-000 | $500.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $43,312.36 | $24,919.72 | $24,919.72 | $20,081.95 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 10-08761-FJO | Trustee Name: | Deborah J. Caruso |
|---|---|---|---|
| Case Name: | MANNON , CHRISTOPHER JAMES and MANNON, JESSICA M | Date Filed (f) or Converted (c): | 06/10/2010 (f) |
| For the Period Ending: | 12/7/2012 | §341(a) Meeting Date: | 11/02/2010 |
| | | Claims Bar Date: | 11/30/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 505 Washington St. Waynetown, IN 47990 1 Story; 2 Bedroom; 1.5 Bathroom Date of Purchase: 08/06 Purchase Price: $99,900 | $100,000.00 | $0.00 | OA | $0.00 | FA |
| 2 | Checking Account - National City | $200.00 | $0.00 | OA | $0.00 | FA |
| 3 | Savings Account - National City | $500.00 | $0.00 | OA | $0.00 | FA |
| 4 | Used Household Goods and Appliances | $2,094.40 | $0.00 | OA | $0.00 | FA |
| 5 | Used Clothing | $266.68 | $0.00 | OA | $0.00 | FA |
| 6 | Used Sporting Goods and Hobby Equipment | $110.00 | $0.00 | OA | $0.00 | FA |
| 7 | 2 Term Life Insurance Policies Through Employers | $0.00 | $0.00 | OA | $0.00 | FA |
| 8 | 401(k) through employer | $500.00 | $0.00 | OA | $0.00 | FA |
| 9 | Personal Injury Lawsuit for Automobile Accident Attorney's for Debtors: Blackburn & Green (R.T. Green) Phone Number for Attorney: 260-422-4400 | Unknown | $40,700.00 | | $40,700.00 | FA |
| 10 | 2003 Saturn Vue (154,000 Miles) | $1,500.00 | $0.00 | OA | $0.00 | FA |
| 11 | 1997 Geo Tracker (153,000 miles) | $500.00 | $0.00 | OA | $0.00 | FA |
| 12 | Animal Rescue - 9 Dogs - Rat Terriers No Transferable Value | $0.00 | $0.00 | OA | $0.00 | FA |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

| $105,671.08 | $40,700.00 | | $40,700.00 | $0.00 |
|---|---|---|---|---|

**Major Activities affecting case closing:**

Send Contract and Affidavit to Special Counsel

filed motion to reopen bankruptcy case & motion for relief from order.

Filed App to employ special counsel with attached exhibits & Order. Objection date:9/22/11

Filed Motion to compromise & settle & order. Objection date: 10/5/2011

Spoke with R.T. Green regarding settlement and he has informed me that the insurance company wants to settle for more money than originally discussed. eas

Spoke with R.T's assistant regarding Jessica's settlement. They are wanting to offer $10,000 more for Jessica, bringing settlement to $43,000. Waiting on final word and documentation from insurance company reflecting new settlement offer. Amanda will call our office back with confirmation. eas

spk with Amanda K. at Blackburn and Greene.  The new settlement offer will be $40,700.  Requested copy of new settlement.

received email from Amanda Krill with new settlement offers.

emailed signed settlement agreements to Blackburn and Green

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 10-08761-FJO | |
| **Case Name:** | MANNON , CHRISTOPHER JAMES and MANNON, JESSICA M | |
| **For the Period Ending:** | 12/7/2012 | |

| | |
|---|---|
| **Trustee Name:** | Deborah J. Caruso |
| **Date Filed (f) or Converted (c):** | 06/10/2010 (f) |
| **§341(a) Meeting Date:** | 11/02/2010 |
| **Claims Bar Date:** | 11/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

efiled supplemental mtn to compromise and settle additional $7500 from state farm

02/17/12 Order Granting Supplemental Motion to Compromise & Settle under Fed.R.Bankr.P. 9019 (re: Doc # [52]).

sent signed order granting mtn to compromise and settle to Blackburn and Green.  Per Amanda, she will contact the adjuster to issue the funds to the estate.

sent email to PDK re: do we need to file returns.

emailed affidavit of disinterest to PDK

efiled appl to employ Fouts, objections due 04/27/12

mailed signed release to Blackburn and Green

efiled appl for compensation Special counsel

Official Court Notice Setting Hearing on Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330. Objections are due 3 business days prior to hearing (re: Doc # [56]). Hearing to be held on 5/21/2012 at 10:00 AM EDT at Rm 329 U.S. Courthouse, Indianapolis

05/01/12 Order Granting Application to Employ Fouts & Co., LLC as Accountant

efiled application for compensation for Accountant, objection deadline 06/06/12

05/21/12 Order entered Granting Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Blackburn & Green as Special Counsel (Fee: $13566.66, Expense: $604.61)

mailed funds to Special Counsel

mailed funds to Fouts and BK Court for reopen fee.

emailed TFR to UST.

Efiled NFR and Appl for Trustee Compensation. Obj deadline is 09/17/12. Uploaded documents to Certificateofservice.com.

Made final distribution.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 09/30/2011 | |
| **Current Projected Date Of Final Report (TFR):** | 06/30/2012 | |

/s/ DEBORAH J. CARUSO

DEBORAH J. CARUSO

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 10-08761-FJO | **Trustee Name:** Deborah J. Caruso |
| **Case Name:** | MANNON , CHRISTOPHER JAMES and MANNON, JESSICA M | **Bank Name:** Bank of Texas |
| **Primary Taxpayer ID #:** | ******3690 | **Checking Acct #:** ******0546 |
| **Co-Debtor Taxpayer ID #:** | ******3691 | **Account Title:** |
| **For Period Beginning:** | 6/10/2010 | **Blanket bond (per case limit):** $1,000,000.00 |
| **For Period Ending:** | 12/7/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/10/2012 | (9) | State Auto Insurance Company | Personal Injury Settlement | 1142-000 | $40,700.00 | | $40,700.00 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $42.26 | $40,657.74 |
| 05/22/2012 | 3001 | Blackburn & Green | 05/21/12 Order Granting Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Blackburn & Green as Special Counsel (Fee: $13566.66, Expense: $604.61) | * | | $14,171.27 | $26,486.47 |
| | | | Special Counsel Fees            $(13,566.66) | 3210-600 | | | $26,486.47 |
| | | | Special Counsel Expenses         $(604.61) | 3220-610 | | | $26,486.47 |
| 06/11/2012 | 3002 | Fouts & Co | 06/08/12 Order entered on Appl for Compensation/Expenses Accountant | * | | $1,195.25 | $25,291.22 |
| | | | Accountant Fees            $(1,127.50) | 3410-000 | | | $25,291.22 |
| | | | Accountant Expenses         $(67.75) | 3420-000 | | | $25,291.22 |
| 06/11/2012 | 3003 | Clerk of the Bankruptcy Court | Deferred fee to reopen case | 2700-000 | | $260.00 | $25,031.22 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $64.72 | $24,966.50 |
| 09/25/2012 | 3004 | Deborah J. Caruso | Trustee Compensation | 2100-000 | | $4,820.00 | $20,146.50 |
| 09/25/2012 | 3005 | Deborah J. Caruso | Trustee Expenses | 2200-000 | | $64.55 | $20,081.95 |
| 09/25/2012 | 3006 | AmeriCredit Financial Services, Inc. | Account Number: ; Claim #: 1; Distribution Dividend: 82.88; | 7100-000 | | $6,027.09 | $14,054.86 |
| 09/25/2012 | 3007 | Chase Bank USA, N.A. | Account Number: ; Claim #: 2; Distribution Dividend: 82.88; | 7100-000 | | $4,513.50 | $9,541.36 |
| 09/25/2012 | 3008 | Lafayette Otolarygology Association | Account Number: ; Claim #: 3; Distribution Dividend: 82.88; | 7100-000 | | $5,545.54 | $3,995.82 |
| 09/25/2012 | 3009 | Capital Recovery III LLC | Account Number: ; Claim #: 4; Distribution Dividend: 82.88; | 7100-000 | | $798.00 | $3,197.82 |
| 09/25/2012 | 3010 | HSBC Bank Nevada, N.A. | Account Number: ; Claim #: 5; Distribution Dividend: 82.88; | 7100-000 | | $1,704.04 | $1,493.78 |
| 09/25/2012 | 3011 | Applied bank | Account Number: ; Claim #: 6; Distribution Dividend: 82.88; | 7100-000 | | $651.07 | $842.71 |
| 09/25/2012 | 3012 | Fia Card Services, NA/Bank of America | Account Number: ; Claim #: 7; Distribution Dividend: 82.88; | 7100-000 | | $842.71 | $0.00 |

|  |  |  |  |  | **SUBTOTALS** | $40,700.00 | $40,700.00 |
|---|---|---|---|---|---|---|---|

# FORM 2

Case 10-08761-FJO-7A   Doc 77   Filed 12/11/12   EOD 12/11/12 11:36:09   Pg 9 of 10   Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 10-08761-FJO | |
| **Case Name:** | MANNON , CHRISTOPHER JAMES and MANNON, JESSICA M | |
| **Primary Taxpayer ID #:** | ******3690 | |
| **Co-Debtor Taxpayer ID #:** | ******3691 | |
| **For Period Beginning:** | 6/10/2010 | |
| **For Period Ending:** | 12/7/2012 | |

| | |
|---|---|
| **Trustee Name:** | Deborah J. Caruso |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******0546 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $40,700.00 | $40,700.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $40,700.00 | $40,700.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $40,700.00 | $40,700.00 | |

**For the period of  6/10/2010 to 12/7/2012**

| | |
|---|---|
| Total Compensable Receipts: | $40,700.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,700.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $40,700.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $40,700.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 04/10/2012 to 12/7/2012**

| | |
|---|---|
| Total Compensable Receipts: | $40,700.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,700.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $40,700.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $40,700.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

Case 10-08761-FJO-7A    Doc 77    Filed 12/11/12    EOD 12/11/12 11:36:09    Pg 10 of 10

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No. | 10-08761-FJO |
| Case Name: | MANNON , CHRISTOPHER JAMES and MANNON, JESSICA M |
| Primary Taxpayer ID #: | ******3690 |
| Co-Debtor Taxpayer ID #: | ******3691 |
| For Period Beginning: | 6/10/2010 |
| For Period Ending: | 12/7/2012 |

| | |
|---|---|
| Trustee Name: | Deborah J. Caruso |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******0546 |
| Account Title: | |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $40,700.00 | $40,700.00 | $0.00 |

**For the period of 6/10/2010 to 12/7/2012**

| | |
|---|---|
| Total Compensable Receipts: | $40,700.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,700.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $40,700.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40,700.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between  06/10/2010 to 12/7/2012**

| | |
|---|---|
| Total Compensable Receipts: | $40,700.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,700.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $40,700.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40,700.00 |
| Total Internal/Transfer Disbursements: | $0.00 |